**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE GRAND JURY SUBPOENA DATED SEPTEMBER 4, 2025** | Case No.:_____ |

**Notice of Motion to Quash Grand Jury Subpoena Dated September 4, 2025**

PLEASE TAKE NOTICE THAT, pursuant to Rule 6 and 17 of the Federal Rules of Criminal Procedure, upon the accompanying Memorandum of Law in Support of Movant's Motion to Quash Grand Jury Subpoena Dated September 4, 2025 (the "Motion"), the exhibits thereto, and the Declaration, Movant respectfully move this Court, the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an Order quashing the subpoena, dated September 4, 2025, issued by a federal grand jury sitting in the Southern District of New York.  The Memorandum of Law in Support, supporting declaration and exhibits, and a proposed order are forthcoming and will be filed under seal or *in camera*, upon the assignment of a presiding judge.

Dated: September 17, 2025   Respectfully submitted,

By: */s/ Annie Huang*

Annie Huang (AH8273)
AHuang@RobinsKaplan.com
Navy A. Thompson (Bar No. 5678909)
NThompson@RobinsKaplan.com
**Robins Kaplan LLP**
1325 Avenue of the Americas
Suite 2601
New York, NY  10019
Tel.: (212) 980-7400
Fax: (212) 980-7499

Steven C. Carlson
(*pro hac vice* forthcoming)
SCarlson@RobinsKaplan.com
Yumeng Xu
(*pro hac vice* forthcoming)
YXu@RobinsKaplan.com
**Robins Kaplan LLP**
555 Twin Dolphin Dr., Suite 310
Redwood City, CA 94065
Tel.: (650) 784-4040
Fax: (650) 784-4041

***Counsel for Movant***