

1325 AVENUE OF THE AMERICAS  212.980.7400 TEL
SUITE 2601  212.980.7499 FAX
NEW YORK, NY 10019  ROBINSKAPLAN.COM

ANNIE HUANG
212 980 7438 TEL
AHUANG@ROBINSKAPLAN.COM

*Via ECF*

December 1, 2025

The Honorable John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   **1:25-mc-00403 In re Grand Jury Subpoena**

Dear Judge Cronan:

    Movant hereby withdraws its Notice of Motion to Quash Grand Jury Subpoena dated September 4, 2025, which was filed on September 17, 2025.

    Respectfully submitted,

    */s/ Annie Huang*

    Annie Huang
    Partner