

1325 AVENUE OF THE AMERICAS    212.980.7400 TEL
SUITE 2601    212.980.7499 FAX
NEW YORK, NY 10019    ROBINSKAPLAN.COM

ANNIE HUANG
212 980 7438 TEL
AHUANG@ROBINSKAPLAN.COM

*Via ECF*

December 1, 2025

The Honorable John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

In light of Movant's letter withdrawing its Notice of Motion to Quash Grand Jury Subpoena dated September 4, 2025, Dkt. 3, Movant's motion to quash, Dkt. 1, is denied.  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.
December 2, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

**Re:   1:25-mc-00403 In re Grand Jury Subpoena**

Dear Judge Cronan:

Movant hereby withdraws its Notice of Motion to Quash Grand Jury Subpoena dated September 4, 2025, which was filed on September 17, 2025.

Respectfully submitted,

*/s/ Annie Huang*

Annie Huang
Partner